Tony Lombardi, Respondent and Appellant, *v.* United Hoisting Co., Inc., Defendant, Greenfield Iron Works, Inc., Defendant-Respondent, and Joseph Holme, Inc., Defendant-Appellant, Impleaded with Another.

(Argued November 19, 1930; decided December 4, 1930.)

*George J. Stacy* and *James J. Mahoney* for appellant.

*James A. Gray* and *William S. Butler* for plaintiff-respondent and appellant.

*A. David Benjamin* for respondent.

On the appeal by the defendant Joseph Holme, Inc.: Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts on the ground that the negligent act if any was not in the course of the business of the defendant-appellant.

On the appeal by the plaintiff from the judgment in favor of the Greenfield Iron Works: Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.